# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RHONDA C. DAVIS,

    Plaintiff,

v.                                                Case No: 8:14-cv-3160-T-30AEP

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Amend Complaint and to Remand (Dkt. 25) and Defendant's Response in Opposition (Dkt. 28). The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be granted in part, to the extent that the Court will dismiss this action without prejudice.

## DISCUSSION

Plaintiff Rhonda Davis requests that the Court allow her to amend her complaint to drop her federal employment claims, add a retaliation claim under the Florida Civil Rights Act ("FCRA"), and then, after those amendments, she requests that the Court remand the case to Florida state court due to lack of subject matter jurisdiction (in light of the dismissed federal claims). Plaintiff's motion is peculiar in several respects. First, this action originated in this Court, so the Court cannot "remand" this case. Second, there is no reason to amend a complaint just to dismiss claims; the appropriate action is to move to dismiss those claims under Fed. R. Civ. P. 41. Third, because this action originated here, it would be futile to

permit Plaintiff to amend her claim to add solely a Florida claim because this Court would lack jurisdiction over a claim arising under state law under these circumstances.

Accordingly, and as Defendant notes in its response, the only solutions are to deny Plaintiff's motion, or, grant her request, to the extent that the Court will dismiss this action in its entirety. In light of Plaintiff's request to pursue only a retaliation claim under the FCRA, the Court adopts the latter approach.

It is therefore ORDERED and ADJUDGED that:

1. Plaintiff's Motion to Amend Complaint and to Remand (Dkt. 25) is granted in part to the extent that the Court grants Plaintiff's request to dismiss her federal claims. As these are the only claims in this case, this case will be dismissed without prejudice.

2. Plaintiff is free to file a new action in Florida state court in order to allege a claim of retaliation under the FCRA.

3. The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on April 14, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record